No. 07-13-00388-CR

| | | |
|---|---|---|
| Harold Rosales<br>Appellant | §<br>§ | From the 211th District Court<br>of Denton County |
| v. | § | July 28, 2014 |
| The State of Texas<br>Appellee | §<br>§<br>§ | Opinion by Justice Campbell |

**J U D G M E N T**

Pursuant to the opinion of the Court dated July 28, 2014, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those which may have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o